PEOPLE *v.* MARTINEZ. Appeal from Wayne, Benjamin D. Burdick, J. Submitted Division 1 May 4, 1971, at Detroit. (Docket No. 7970.) Decided June 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Sheldon Otis,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant pled guilty to the crime of manslaughter contrary to MCLA § 750.321 (Stat Ann 1954 Rev § 28.553) and was sentenced to serve 8 to 15 years in prison.

Prior to the court's acceptance of the guilty plea, defendant admitted to hitting her daughter and then pushing her down the stairs to her death. Defendant was represented by counsel and was informed of her constitutional rights.

An examination of the record discloses no jurisdictional or fundamental error which would require a reversal of the conviction.

Affirmed.